AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Kindred, Klinette H. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court for the Eastern District of Virginia | **3. Date of Report**<br><br>05/13/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

200 S Washington Street
Alexandria, VA 22314

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Maryland Bar Association | May 2-4, 2019 | Annapolis, MD | Conference | Lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kindred, Klinette H.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Charles Schwab Deposit Account (cash/ sweep) | A | Interest | K | T | | | | | |
| 3. IRA #2 (H) | | | | | | | | | |
| 4. Citizen's Bank (cash) | A | Interest | M | T | | | | | |
| 5. Pac West Bank (cash) | A | Interest | J | T | Open | 11/26/19 | J | | |
| 6. Fifth Third Bank (cash) | A | Interest | K | T | | | | | |
| 7. Suntrust Bank (cash) | A | Interest | L | T | | | | | |
| 8. Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 9. IRA #3 (H) | | | | | | | | | |
| 10. Charles Schwab Deposit Account (cash) | A | Interest | J | T | | | | | |
| 11. BROKERAGE #1 (H) | | | | | | | | | |
| 12. Charles Schwab Deposit Account (cash sweep) | A | Interest | J | T | | | | | |
| 13. BROKERAGE # 2 (H) | | | | | | | | | |
| 14. ST Microelectronics (STM) | A | Dividend | J | T | | | | | |
| 15. CALLS ACCOUNT #1 (H) | | | | | | | | | |
| 16. Call Bank of America Corp (BAC) | | None | | | Buy (add'l) | 01/16/19 | J | | |
| 17. | | | | | Expired (part) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kindred, Klinette H.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 01/18/19 | K | | |
| 19. | | | | | Sold | 01/25/19 | J | | |
| 20. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 21. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 22. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 23. | | | | | Sold (part) | 07/23/19 | J | A | |
| 24. | | | | | Sold (part) | 07/26/19 | J | C | |
| 25. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 26. | | | | | Sold (part) | 07/30/19 | J | C | |
| 27. | | | | | Expired | 08/16/19 | J | | |
| 28. | | | | | Buy | 10/04/19 | J | | |
| 29. | | | | | Sold (part) | 10/11/19 | J | B | |
| 30. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 31. | | | | | Sold (part) | 10/18/19 | J | | |
| 32. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 33. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 34. | | | | | Expired (part) | 11/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/04/19 | J | B | |
| 36. | | | | | Buy | 11/05/19 | J | | |
| 37. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 38. | | | | | Sold (part) | 11/14/19 | J | D | |
| 39. | | | | | Expired (part) | 11/15/19 | J | | |
| 40. | | | | | Expired | 11/22/19 | J | | |
| 41. Call Roku Inc (ROKU) | | None | | | Buy | 08/06/19 | K | | |
| 42. | | | | | Sold (part) | 08/07/19 | J | B | |
| 43. | | | | | Sold | 08/08/19 | K | D | |
| 44. Call Micron Technology (MU) | | None | | | Buy | 09/26/19 | J | | |
| 45. | | | | | Expired | 10/04/19 | J | | |
| 46. | | | | | Buy | 10/28/19 | J | | |
| 47. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 48. | | | | | Sold | 12/26/19 | J | | |
| 49. Call Advanced Micro Devices (AMD) | | None | | | Buy | 10/28/19 | J | | |
| 50. | | | | | Sold | 11/07/19 | J | A | |
| 51. CALLS ACCOUNT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Call Bank of America Corp (BAC) | | None | K | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 53. | | | | | Sold<br>(part) | 01/17/19 | K | A | |
| 54. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 55. | | | | | Expired<br>(part) | 01/18/19 | N | | |
| 56. | | | | | Sold<br>(part) | 01/22/19 | J | D | |
| 57. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 58. | | | | | Expired<br>(part) | 01/25/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 60. | | | | | Sold<br>(part) | 02/13/19 | J | | |
| 61. | | | | | Expired | 02/15/19 | J | | |
| 62. | | | | | Buy | 04/04/19 | J | | |
| 63. | | | | | Sold<br>(part) | 04/25/19 | J | B | |
| 64. | | | | | Expired | 04/26/19 | J | | |
| 65. | | | | | Buy | 07/17/19 | K | | |
| 66. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 67. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 68. | | | | | Sold<br>(part) | 07/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 71. | | | | | Expired<br>(part) | 08/23/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 76. | | | | | Sold<br>(part) | 09/16/19 | K | E | |
| 77. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 80. | | | | | Expired<br>(part) | 09/27/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 84. | | | | | Expired<br>(part) | 10/04/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 87. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 88. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 89. | | | | | Sold (part) | 10/23/19 | J | D | |
| 90. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 91. | | | | | Expired (part) | 10/25/19 | J | | |
| 92. | | | | | Sold (part) | 10/25/19 | K | E | |
| 93. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 94. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 95. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 96. | | | | | Sold (part) | 10/29/19 | K | A | |
| 97. | | | | | Expired (part) | 11/01/19 | J | | |
| 98. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 99. | | | | | Sold (part) | 11/06/19 | J | | |
| 100. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 101. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 102. | | | | | Sold (part) | 11/08/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 104. | | | | | Expired (part) | 11/15/19 | J | | |
| 105. | | | | | Sold (part) | 11/15/19 | K | E | |
| 106. | | | | | Buy (add'l) | 11/20/19 | K | | |
| 107. | | | | | Expired (part) | 11/22/19 | J | | |
| 108. | | | | | Sold (part) | 11/22/19 | K | D | |
| 109. | | | | | Sold (part) | 11/25/19 | L | F | |
| 110. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 111. | | | | | Sold (part) | 11/26/19 | J | A | |
| 112. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 113. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 114. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 115. | | | | | Sold (part) | 12/03/19 | J | A | |
| 116. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 117. | | | | | Sold (part) | 12/05/19 | K | B | |
| 118. | | | | | Expired (part) | 12/06/19 | J | | |
| 119. | | | | | Buy (add'l) | 12/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 12/09/19 | J | D | |
| 121. | | | | | Sold<br>(part) | 12/13/19 | J | C | |
| 122. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 125. Call Advanced Micro Devices (AMD) | None | | | | Buy | 01/23/19 | J | | |
| 126. | | | | | Sold<br>(part) | 01/31/19 | J | C | |
| 127. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 129. | | | | | Sold<br>(part) | 02/04/19 | K | D | |
| 130. | | | | | Expired | 02/15/19 | J | | |
| 131. | | | | | Buy | 03/27/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 04/05/19 | K | | |
| 133. | | | | | Sold | 04/25/19 | K | B | |
| 134. Call Starbucks Corp (SBUX) | None | | | | Buy | 01/23/19 | J | | |
| 135. | | | | | Sold | 01/31/19 | J | A | |
| 136. Call Intel Corp (INTC) | None | | | | Buy | 01/25/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Expired | 02/08/19 | J | | |
| 138. Call Ford Mtr Co (F) | | None | | | Buy | 07/24/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 140. | | | | | Sold | 07/25/19 | J | B | |
| 141. Call Paypal Holdings (PYPL) | | None | | | Buy | 07/25/19 | J | | |
| 142. | | | | | Expired | 08/02/19 | J | | |
| 143. Call Square Inc (SQ) | | None | | | Buy | 08/01/19 | J | | |
| 144. | | | | | Expired | 09/20/19 | J | | |
| 145. Call Roku Inc (ROKU) | | None | | | Buy | 08/08/19 | J | | |
| 146. | | | | | Sold | 08/09/19 | J | D | |
| 147. Call Micron Technology (MU) | | None | J | T | Buy | 09/18/19 | K | | |
| 148. | | | | | Expired | 09/27/19 | K | | |
| 149. | | | | | Buy | 12/17/19 | J | | |
| 150. | | | | | Sold<br>(part) | 12/27/19 | J | | |
| 151. PUTS ACCOUNT #1 (H) | | | | | | | | | |
| 152. Put Bank of America (BAC) | | None | | | Buy | 08/01/19 | J | | |
| 153. | | | | | Sold | 08/02/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy | 08/09/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 156. | | | | | Sold<br>(part) | 08/15/19 | K | D | |
| 157. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 158. | | | | | Sold | 08/26/19 | J | D | |
| 159. | | | | | Buy | 09/03/19 | J | | |
| 160. | | | | | Sold<br>(part) | 09/04/19 | J | C | |
| 161. | | | | | Expired<br>(part) | 09/06/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 164. | | | | | Expired<br>(part) | 09/13/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 166. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 168. | | | | | Sold | 09/25/19 | J | C | |
| 169. | | | | | Buy | 10/03/19 | J | | |
| 170. | | | | | Sold | 10/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/15/19 | J | | |
| 172. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 173. | | | | | Sold (part) | 10/29/19 | J | | |
| 174. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 175. | | | | | Sold (part) | 11/14/19 | J | | |
| 176. | | | | | Sold (part) | 11/15/19 | J | | |
| 177. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 178. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 179. | | | | | Sold (part) | 11/25/19 | J | | |
| 180. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 181. | | | | | Sold (part) | 12/02/19 | J | | |
| 182. | | | | | Expired (part) | 12/06/19 | J | | |
| 183. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 184. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 185. | | | | | Sold | 12/18/19 | J | | |
| 186. Put Advanced Micro Devices (AMD) | | None | | | Buy | 01/30/19 | J | | |
| 187. | | | | | Expired | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kindred, Klinette H.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Put Ford Mtr Co (F) | | None | | | Buy | 07/24/19 | J | | |
| 189. | | | | | Sold<br>(part) | 07/26/19 | J | | |
| 190. | | | | | Expired | 07/26/19 | J | | |
| 191.  Put Square Inc (SQ) | | None | | | Buy | 08/02/19 | J | | |
| 192. | | | | | Sold | 08/05/19 | J | | |
| 193.  Put Roku Inc (ROKU) | | None | | | Buy | 08/08/19 | J | | |
| 194. | | | | | Expired | 08/09/19 | J | | |
| 195.  CALLS ACCOUNT #3 (H) | | | | | | | | | |
| 196.  Call Bank Of America (BAC) | | None | | | Buy<br>(add'l) | 01/16/19 | J | | |
| 197. | | | | | Expired<br>(part) | 02/01/19 | J | | |
| 198. | | | | | Expired | 02/15/19 | J | | |
| 199. | | | | | Buy | 03/19/19 | J | | |
| 200. | | | | | Sold | 04/18/19 | J | | |
| 201. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 202. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 203. | | | | | Sold | 11/14/19 | J | C | |
| 204.  CALLS ACCOUNT #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Call Bank of America Corp (BAC) | | None | | | Buy (add'l) | 01/15/19 | J | | |
| 206. | | | | | Sold (part) | 01/17/19 | K | | |
| 207. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 208. | | | | | Expired (part) | 01/18/19 | K | | |
| 209. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 210. | | | | | Expired (part) | 01/25/19 | J | | |
| 211. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 212. | | | | | Expired | 02/01/19 | J | | |
| 213. | | | | | Buy | 10/02/19 | J | | |
| 214. | | | | | Sold | 10/17/19 | J | C | |
| 215. | | | | | Buy | 10/25/19 | J | | |
| 216. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 217. | | | | | Sold (part) | 11/04/19 | J | B | |
| 218. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 219. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 220. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 221. | | | | | Expired (part) | 11/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kindred, Klinette H. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Expired | 11/22/19 | J | | |
| 223. Call Advanced Micro Devices (AMD) | | None | | | Buy | 01/30/19 | J | | |
| 224. | | | | | Sold | 03/19/19 | J | | |
| 225. PUTS ACCOUNT #4 (H) | | | | | | | | | |
| 226. Put Bank of America (BAC) | | None | | | Buy | 07/31/19 | J | | |
| 227. | | | | | Sold | 08/01/19 | J | A | |
| 228. | | | | | Buy | 10/04/19 | J | | |
| 229. | | | | | Sold | 10/09/19 | J | B | |
| 230. Put Roku Inc (ROKU) | | None | | | Buy | 08/07/19 | J | | |
| 231. | | | | | Expired | 08/09/19 | J | | |
| 232. Put Micron Technology (MU) | | None | | | Buy | 09/26/19 | J | | |
| 233. | | | | | Sold | 09/27/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kindred, Klinette H.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Klinette H. Kindred

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544